## No. 5.

### ROOD *against* WILLARD.   *Windsor,* 1817.

A Lease made before the Statute of 1807, by a person out of possession, (and others in claiming adverse) to a third person, is good to pass the lessor's right : Actual possession, by the plaintiff is not necessary to maintain ejectment, i. e. it is not necessary he should *ever* have been actually possessed.

The Court will not set aside a verdict because the plaintiff declared for and recovered a fee ; though his proof shewed an estate of 999 years.

N. B. This was not a case of tenant against landlord, but against strangers.

In ejectment, the declaration is good against the defendants *jointly ;* although it shall appear in evidence that the possessions and tresspasses of the defendants, were several and distinct, upon the *same* lot of land, described in the declaration. If the the defendants intend to take advantage of their *several* possessions they must *each* disclaim as to the remaider.

Joint damages are to be assessed by the Jury, unless the several defendants *disclaim severally.*

N. B. In this case the defendants plead not guilty *severally,* but no one disclaimed and they were proved to be in possession.